Peter A. Leeming, SBN 119124
108 Locust Street, Suite 7
Santa Cruz CA 95060

Telephone (831) 425-8000

Attorney for: Defendant Dagoberto Duran

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>Dagoberto Duran,<br><br>    Defendant | No. CR 11-0594<br><br>**STIPULATION AND []**<br>**ORDER CONTINUING STATUS**<br>**CONFERENCE HEARING** |

The parties stipulate, and request that the court Order, the following:

1. This matter is currently set for a status hearing on February 16, 2012 at 9:00 A.M.

2. The parties are negotiating a settlement of this matter. A proposed plea agreement has been drafted, but has not yet been approved by the supervisory staff at the United States Attorney's Office. Both sides expect this process to be complete within one week.

3. For the above reasons, and for the effective preparation of counsel and the need for the defense to complete its investigation of this matter, the parties respectfully request that the status hearing date of February 16, 2012 be vacated, and a new hearing be set for February 23, 2012, at 9:00 A.M.

4. The parties request a finding that the time from February 16, 2012 to February 23, 2012 be excluded from the Speedy Trial Act, 18 USC Sect. 3161 (h)(7)(A) and (B)(iv).

Respectfully submitted,

Dated: By:_____/s/_____
 PETER A. LEEMING,
Attorney for Dagoberto Duran



 /s/ Tom O'Connell
Thomas O⌀Connell,
Assistant U.S. Attorney

IT IS SO ORDERED.

DATED:_____  _____
 Hon. D. Lowell Jensen
 United States District Judge